BELLA SMIGEL and SEBASTIAN SMIGEL, Respondents, v. MEYER LONDON CORPORATION, Defendant, Impleaded with SOL HALPERN, ETHEL HALPERN and MURRAY KALISH, Appellants. BELLA SMIGEL and SEBASTIAN SMIGEL, Appellants, v. MEYER LONDON CORPORATION and ETHEL HALPERN, Defendants, Impleaded with SOL HALPERN and MURRAY KALISH, Respondents.— Motion to vacate order of this court dated March 21, 1941, in the first above-entitled appeal, granting reargument of the second above-entitled appeal; consolidating both appeals and directing that they be heard at the same time, or in the alternative granting leave to appeal to the Court of Appeals from the decision of reversal of the second appeal, certifying certain questions of law have arisen, which ought to be reviewed by the Court of Appeals, denied, with ten dollars costs. [See ante, p. 829.] Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

## SECOND DEPARTMENT, JUNE, 1941.
### (June 2, 1941.)

EMMA CHOCKY and Another, Appellants, v. F. W. WOOLWORTH Co., Respondent. — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Adel and Taylor, JJ.; Close, J., not voting.

EUGENE EDKINS, an Infant over the Age of Fourteen Years, by THOMAS H. EDKINS, His Guardian ad Litem, and THOMAS H. EDKINS, Individually, Respondents, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant, and Others, Defendants.— Motion referred to the court that rendered the decision. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ. Motion to amend decision of this court handed down April 21, 1941 [261 App. Div. 1096], to read " Judgment reversed on the law, with costs," granted, and order resettled accordingly. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

GAETANO GENTILE, Respondent, v. SOCIETY SAN CATALDO OF THE PROVINCE OF CALTANISSETTA, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of Proceedings Supplementary to Judgment: JACK LEVINE, Respondent, v. JOSEPH E. LEVINE, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

OSCAR LIFSHITZ and Others, Copartners Doing Business under Trade Name of LIFSHITZ 5c TO $1.00 DEPT. STORE, Respondents, v. ROGER STRAUGHN, as President of Amalgamated Labor Association, Brooklyn Local No. 1, Affiliated with the HARLEM LABOR UNION, Appellant, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.